FILED
CLERK, U.S. DISTRICT COURT

NOV 27 2000

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

☑ Priority
☑ Send
__ Clsd
☑ Enter
☑ ~~JS-5~~/JS-6
__ JS-2/JS-3
__ Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER R. SCHNABEL, an individual; et al., | Case No. CV 98-2198 DDP (AIJx) consolidated with Case No. CV 98-6383 DDP (AIJx) |
| Plaintiffs, | |
| v. | **FINAL JUDGMENT** |
| KEVIN LUI, an individual; et al., | |
| Defendants, | |
| AND RELATED COUNTERCLAIMS. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the findings of fact and conclusions of law filed herewith, it is ordered that:

1.  Judgment be entered against Defendants Kevin Y. Lui, Froyer Holdings Development and Trading Company, Froyer Holdings (Asia) Limited, Froyer Holdings USA, Inc. and FSN Top Secret Productions, Inc., and each of them, jointly and severally, and in favor of Plaintiffs as follows:

a.  For Plaintiff Premier, damages in the amount of $55,263.00, plus prejudgment interest at the rate of seven percent

NOV 28 2000
ENTERED ON ICMS _____

NOV 28 2000

181

1 (7%) per annum from March 26, 1998 until the date judgment is

2 entered, plus interest as provided by law from the date judgment is

3 entered until paid;

4       b.    For Plaintiff Catalyst, damages in the amount of

5 $193,883.72, plus prejudgment interest at the rate of seven percent

6 (7%) per annum from March 26, 1998 until the date judgment is

7 entered, plus interest as provided by law from the date judgment is

8 entered until paid;

9       c.    For Plaintiff Schnabel:   (1) breach of contract

10 damages in the amount of $930,125.30, plus prejudgment interest at

11 the rate of seven percent (7%) per annum from March 26, 1998 until

12 the date judgment is entered; (2) fraud damages in the amount of

13 $2,177,604.00; (3) nominal damages of $1.00 for interference with

14 prospective economic advantage; (4) punitive damages in the amount

15 of $4,355,208; and (5) interest as provided by law from the date

16 judgment is entered until paid;

17       d.    For Plaintiff Marble:   (1) breach of contract

18 damages in the amount of $930,125.30, plus prejudgment interest at

19 the rate of seven percent (7%) per annum from March 26, 1998 until

20 the date judgment is entered; (2) fraud damages in the amount of

21 $2,177,604.00; (3) nominal damages of $1.00 for interference with

22 prospective economic advantage; (4) punitive damages in the amount

23 of $4,355,208; and (5) interest as provided by law from the date

24 judgment is entered until paid.

25       2.    The partnership is hereby dissolved.

26       IT IS FURTHER ORDERED that the Clerk serve copies of this

27 Judgment and the Findings of Fact and Conclusions of Law by United

28 States mail on counsel for Plaintiffs and counsel for Defendants.

1      Accordingly, the Court orders that such judgment be entered.

2

3 IT IS SO ORDERED.

4

5 Dated: _____11-20-2000_____

                              DEAN D. PREGERSON

6                               United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3